UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| GLADYS COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-cv-266 |
| v. ) | *Collier / Lee* |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a motion to withdraw [Doc. 41] seeking to remove Attorney Behnaz Sulkowski as counsel of record for Defendant. Defendant represents Attorney Sulkowski is no longer employed by the law firm representing Defendant in this action.

Accordingly, the motion to withdraw [Doc. 41] is **GRANTED**. The Clerk is **DIRECTED** to remove Attorney Sulkowski as counsel of record for Defendant.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE